## Mendel Sachs, Appellee, v. Friedman Brothers & Lipsky Company, Appellant.

### Gen. No. 23,108.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. FRANK
H. GRAHAM, Judge, presiding. Heard in the Branch Appellate
Court at the March term, 1917. Affirmed. Opinion filed January
31, 1918.

### Statement of the Case.

Action by Mendel Sachs, plaintiff, against Fried-
man Brothers & Lipsky Company, a corporation, de-
fendant, to recover the purchase price of goods and
merchandise claimed to have been sold defendant.
From a judgment for plaintiff, defendant appeals.

MANCHA BRUGGEMEYER, for appellant.

JACOB LEVY and JOSIAH BURNHAM, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion
of the court.

### Abstract of the Decision.

1. CORPORATIONS, § 322*—*when sale to corporation through of-
ficer shown.* In an action to recover the purchase price of goods
sold and delivered, evidence *held* to support a finding that the
goods were purchased by one of defendant's officers for defendant
and not for himself individually, though he gave his personal check
in payment.

2. INTEREST, § 18*—*when account deemed liquidated.* In an
action to recover for the purchase price of goods where it is found
that a check for the exact amount of the price was given by de-
fendant immediately after the delivery, it is to be inferred that
the purchase price was due at the time of the sale and was, there-
fore, a liquidated account bearing interest from the date of the
sale.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.

3. APPEAL AND ERROR, § 1165*—*when contention not reviewed.* The Appellate Court will not review a contention which is not made an issue by the pleadings and upon which it is not disclosed by the abstract that the court was called to rule by instructions or otherwise.

